# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> Nationsrent, Inc., et al.,[1] <br><br> Debtors. | Case Nos. 01-11628 through 01-11639 (PJW) <br> Jointly Administered <br> Chapter 11 |
| Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee <br><br> Plaintiff, <br> v. | <br><br><br><br><br> District Court Case Nos. (KAJ): |
| 3-D/Costal Oil Company | 04-CV-1033 |
| Action Tire Company | 04-CV-1031 |
| Ael Leasing Co., Inc. | 04-CV-767 |
| Allied Products | 04-CV-983 |
| Alternators Unlimited Reb. | 04-CV-988 |
| ASAP Equipment Rental & Sales | 04-CV-716 |
| Barloworld Handling LP | 04-CV-1125 |
| BBF, Ltd | 04-CV-800 |
| Bobcat Company | 04-CV-1026 |
| Buckeye Tire and Service | 04-CV-1072 |
| C.G.& E. | 04-CV-802 |
| Collision Pro | 04-CV-1149 |
| Colorado Fasteners | 04-CV-1135 |
| Commercial Tire Inc. | 04-CV-806 |

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

619957v1

| | |
|---|---|
| Contractors Machinery Co. Inc. | 04-CV-795 |
| Corporate Express | 04-CV-1001 |
| Creative Financial Staffing | 04-CV-1021 |
| CST Corporation | 04-CV-1161 |
| Cyrk, Inc. a/k/a Cyrk Acquisition | 04-CV-734 |
| Dawson Personnel | 04-CV-719 |
| DCR Transport Serv. | 04-CV-720 |
| Diamant Boart Inc. | 04-CV-1004 |
| Diamond Hydraulics | 04-CV-1006 |
| Don's Tire Service, Inc. | 04-CV-1106 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| Douglass Distributing | 04-CV-1114 |
| Ed Perry Tire Corp. | 04-CV-1121 |
| EMC Corp. | 04-CV-1090 |
| Falkanger & Associates | 04-CV-1184 |
| GCR Pensacola Truck Tire Ctr. | 04-CV-730 |
| GFC Leasing | 04-CV-1051 |
| GSR Construction, Inc. | 04-CV-768 |
| Harbor Graphics Corporation | 04-CV-1007 |
| Harte-Hanks | 04-CV-739 |
| Hunt & Sons | 04-CV-1019 |
| Husqvarna Forest & Garden | 04-CV-1176 |
| Igloo Products Corp. | 04-CV-1042 |
| Illuminating Company | 04-CV-1070 |
| Interstate Battery | 04-CV-1182 |

| | |
|---|---|
| Jimmy's Garage | 04-CV-1080 |
| Keson Industries Inc. | 04-CV-1116 |
| Little Beaver, Inc. | 04-CV-997 |
| Lockhart Tire | 04-CV-1062 |
| Maxim Manufacturing | 04-CV-1000 |
| Miller Bros Giant Tire Service-Jacksonville, Inc. | 04-CV-1178 |
| Miller Spreader Co. | 04-CV-1008 |
| Multiquip Inc. | 04-CV-1025 |
| Napa Auto Parts | 04-CV-1193 |
| Napa Auto Parts of Franklin | 04-CV-1073 |
| Nationswide Rental | 04-CV-1069 |
| Neff Rental Inc. | 04-CV-785 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Office Management Systems Inc. | 04-CV-742 |
| Original Equipment Replacement Parts, Inc. | 04-CV-777 |
| Orlando Industrial Contractors | 04-CV-776 |
| Partner Industrial Products | 04-CV-1047 |
| Peterson Tire Inc. | 04-CV-1061 |
| Pro-Cut Products Inc. | 04-CV-746 |
| Progressive Tractor Corp. | 04-CV-791 |
| Ray and Sons Inc. | 04-CV-774 |
| Reeder Distributors Inc. | 04-CV-749 |
| Rentlink Inc. | 04-CV-1054 |
| Southeastern Crane | 04-CV-799 |

| | |
|---|---|
| Southern Energy Company | 04-CV-1084 |
| Southern Linc | 04-CV-1093 |
| Star Tire Company Inc. | 04-CV-1050 |
| Stewart & Stevenson | 04-CV-1101 |
| Tacony Corporation | 04-CV-808 |
| Tire Centers LLC | 04-CV-1133 |
| TMP Worldwide Inc. also known as Monster Worldwide, Inc. | 04-CV-986 |
| Triton Transport Inc | 04-CV-1196 |
| Truck Lease Corp. | 04-CV-1198 |
| Tsurumi (America) Inc. | 04-CV-1005 |
| US Imaging Solutions | 04-CV-1012 |
| Vermeer Equipment of Texas Inc. | 04-CV-1166 |
| Vic's Tire Service | 04-CV-804 |
| Viking Oil | 04-CV-1081 |
| Watkins Oil Co Inc. | 04-CV-1097 |
| World Wide Welding & Press Inc. | 04-CV-1103 |
| Defendants. | |

## INTERIM STATUS REPORT IN ADVERSARY PROCEEDINGS

PLEASE TAKE NOTICE that Perry Mandarino, Plaintiff and Trustee (the "Trustee") of the NationsRent Unsecured Creditors' Liquidating Trust (the "Trust"), respectfully submits the attached Interim Status Report in Adversary Proceedings

619957v1

4

pursuant to the Scheduling Order entered by the Court on October 18, 2005.

Dated: March 17, 2006          THE BAYARD FIRM

/s/ signature

Neil B. Glassman (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000

- and -

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
Susan Ericksen, Esquire
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500

Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

## ADVERSARY PROCEEDINGS SETTLED IN PRINCIPAL

The following adversary proceedings have been settled in principal. Notices or stipulations of dismissal will be filed once the settlements have been finalized.

| Defendant | Case No. |
|---|---|
| 3-D/Coastal Oil | 04-1033 |
| Action Tire Company | 04-1031 |
| Allied Products | 04-983 |
| Alternators Unlimited | 04-988 |
| ASAP Equipment | 04-716 |
| BBF Ltd. | 04-800 |
| Buckeye Tire & Serv. | 04-1072 |
| Colorado Fastners | 04-1135 |
| Contractors Co. | 04-795 |
| Corporate Express | 04-1001 |
| Creative Financial | 04-1021 |
| CST Corporation | 04-1161 |
| Cyrk Inc. | 04-734 |
| Douglas Distrib. | 04-1114 |
| Ed Perry Tire Comp. | 04-1121 |
| EMC Corp. | 04-1090 |
| Falkanger & Asso. | 04-1184 |
| GFC Leasing | 04-1051 |
| GSR Construction Inc. | 04-768 |
| Harbor Graphics Corp | 04-1007 |
| Hoffman | 04-1065 |
| Igloo Products Corp. | 04-1042 |
| Interstate Battery | 04-1182 |
| Jimmy's Garage | 04-1080 |
| Little Beaver Inc. | 04-997 |
| Mulitquip Inc. | 04-1025 |
| Napa Auto Franklin | 04-1073 |
| Nationswide Rental | 04-1069 |
| Neff Rental Inc. | 04-785 |

| Defendant | Case No. |
|---|---|
| Office Management | 04-742 |
| Peterson Tire Inc. | 04-1061 |
| Progressive Tractor | 04-791 |
| Reeder Distributors | 04-749 |
| Southeastern Crane | 04-799 |
| Southern Linc | 04-1093 |
| Star Tire Company | 04-1050 |
| Stewart & Stevenson | 04-1101 |
| Taucony Corporation | 04-808 |
| Tire Centers LLC | 04-1133 |
| TMP Worldwide Inc. | 04-986 |
| Triton Transport | 04-1196 |
| US Imaging Solutions | 04-1012 |
| Vermeer Equipment | 04-1166 |
| Vic's Tire Service | 04-804 |
| Viking Oil | 04-1081 |

## ADVERSARY PROCEEDINGS TO BE DISMISSED

Notices or stipulations of dismissal will be filed in the following adversary proceedings.

| Defendant | Case No. |
| --- | --- |
| AEL Leasing Co., Inc., et al. | 04-767 |
| Barloworld Handling LP | 04-1125 |
| C.G.& E. | 04-802 |
| Collision Pro | 04-1149 |
| Dawson Personnel | 04-719 |
| Diamond Hydraulics | 04-1006 |
| Don's Tire Service | 04-1106 |
| GCR Pensacola | 04-730 |
| Hunt & Sons | 04-1019 |
| Husqvarna Forest | 04-1176 |
| Illuminating Company | 04-1070 |
| Maxim Manufacturing | 04-1000 |
| Original Equipment | 04-777 |
| Orlando Industrial | 04-776 |
| Southern Energy Company | 04-1084 |
| Truck Lease Corp. | 04-1198 |
| World Wide Welding | 04-1103 |

## ADVERSARY PROCEEDINGS IN EXPERT DISCOVERY

The parties are presently engaged in expert discovery in the following adversary proceedings.

| Defendant | Case No. |
| --- | --- |
| Collision Pro | 04-1149 |
| Commercial Tire Inc. | 04-806 |
| Diamant Boart Inc. | 04-1004 |
| Dossey Holdings | 04-1155 |
| Harte-Hanks | 04-739 |
| Miller Spreader Co. | 04-1008 |
| Nortrax Equipment SE | 04-1045 |
| Partner Industrial | 04-1047 |
| Ray and Sons Inc. | 04-774 |
| Rentlink Inc. | 04-1054 |
| Tsurumi (America) | 04-1005 |

## ADVERSARY PROCEEDINGS IN INFORMAL DISCOVERY

The parties are informally exchanging information in an effort to resolve the following adversary proceedings.

| Defendant | Case No. |
|---|---|
| DCR Transport Serv. | 04-720 |
| Hoffman | 04-1065 |
| Keson Industries Inc. | 04-1116 |
| Lockhart Tire | 04-1062 |
| Napa Auto Parts | 04-1193 |
| Pro-Cut Products Inc. | 04-746 |
| Watkins Oil Co Inc. | 04-1097 |

619957v1                                   10

## OTHER ADVERSARY PROCEEDING

In the following proceeding, at the hearing on February 1, 2006, the parties agreed to amend the complaint regarding the named defendant(s). The Trustee is waiting presently for information from the Defendant in order to prepare and file the stipulated amendment. Pursuant to the Scheduling Order entered by the Court on February 8, 2006, the fact discovery deadline is April 20, 2006.

| Defendant | Case No. |
|---|---|
| Bobcat Company | 04-1026 |