## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Keson Industries, Inc.*
Attn:   President/CEO
799 Roosevelt Road
Building 3, Suite 10
Glen Ellyn, IL 60137

                                                                  _____
                                                                  Mary E. Augustine (No. 4477)

617344v1